FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JAN 1 1 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

YAMAN F. TAYLOR

     Plaintiff,

v.

MACYS.COM, LLC (OHIO)
     Defendants.

Civil Action File No.

**1:21-CV-0173**

**JURY DEMAND**

## INTRODUCTION

1. YAMAN F. TAYLOR, (referred to as "Plaintiff") bring this action for damages,

and any other available legal or equitable remedies, resulting from the illegal

actions of American Eagle Outfitters Inc., and its related entities, subsidiaries and

agents in negligently, knowingly, and/or willfully contacting Plaintiffs on

Plaintiffs' cellular telephone, in violation of the Telephone Consumer Protection

Act, 47 U.S.C. § 227 *et seq*. ("TCPA"), thereby invading Plaintiffs' privacy.

2. Defendant American Eagle Outfitters Inc., has violated the TCPA by

contacting the Plaintiff on his cellular telephone via an "automatic dialing system,"

and/or " automated or prerecorded messages" as defined by 47 U.S.C § 227(a)(1),

without prior express consent within the meaning of the TCPA and also violated 47

## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

YAMAN F. TAYLOR

     Plaintiff,

v.

MACYS.COM LLC (OHIO)
Defendants.

Civil Action File No.

**JURY DEMAND**

## INTRODUCTION

1.  YAMAN F. TAYLOR, (referred to as "Plaintiff") bring this action for damages, and any other available legal or equitable remedies, resulting from the illegal actions of American Eagle Outfitters Inc., and its related entities, subsidiaries and agents in negligently, knowingly, and/or willfully contacting Plaintiffs on Plaintiffs' cellular telephone, in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*. ("TCPA"), thereby invading Plaintiffs' privacy.

2.  Defendant American Eagle Outfitters Inc.,  has violated the TCPA by contacting the Plaintiff on his cellular telephone via an "automatic dialing system," and/or " automated or prerecorded messages" as defined by 47 U.S.C § 227(a)(1), without prior express consent within the meaning of the TCPA and also violated 47

U.S.C. § 227( c)(5), whereas Plaintiff has received more than one telephone call

within a 12-month period by or on behalf of the same entity in violation of the

regulations prescribed under this subsection.

3.      The TCPA was designed to prevent calls like the ones described within this

complaint, and to protect the privacy of citizens like Plaintiffs. "Voluminous

consumer complaints about abuses of telephone technology – for example,

computerized calls dispatched to private homes – prompted Congress to pass the

TCPA." *Mims v. Arrow Fin. Servs., LLC*, 132 S. Ct. 740,

744 (2012).

4. In enacting the TCPA, Congress intended to give consumers a choice as to how

creditors and telemarketers may call them, and made specific findings that

"[t]echnologies that might allow consumers to avoid receiving such calls are not

universally available, are costly, are unlikely to be enforced, or place an inordinate

burden on the consumer. TCPA, Pub. L. No. 102-243, § 11. Toward this end,

Congress found that:

[b]anning such automated or prerecorded telephone calls to the home, except when
the receiving party consents to receiving the call or when such calls are necessary
in an emergency situation affecting the health and safety of the consumer, is the
only effective means of protecting telephone consumers from this nuisance and
privacy invasion.
*Id.* at § 12; *see also Martin v. Leading Edge Recovery Solutions, LLC*, No. 11-C-

5886, 2012 WL 3292838, at *4 (N.D. Ill. Aug. 10, 2012) (citing Congressional

findings on TCPA's purpose).

5. Congress also specifically found that "the evidence presented to the Congress indicates that automated or prerecorded calls are a nuisance and an invasion of privacy, regardless of the type of call...." *Id.* at §§ 12-13. *See also Mims*, 132 S. Ct. at 744.

6. Text messages are "calls" within the context of the TCPA. See…Satterfield v. Simon & Schuster, Inc., 569 F.3d (9th Cir. 2009).

## JURISDICTION & VENUE

7. Jurisdiction arises under the TCPA, pursuant to 28 U.S.C. sections 1331 and venue is proper in this district pursuant to 28 U.S.C. § 1391(b).

## PARTIES

8. YAMAN F. TAYLOR, is a natural person who was at all relevant times residing in the city of Jonesboro, county of Clayton, state of Georgia.

9. Defendant Macys.com, LLC (hereinafter, "MAC") is a Foreign Limited Liability Company with a Registered Agent of Corporate Creations Network Inc., at 2985 Gordy Parkway, 1st Floor, Marietta, GA 30006, in Cobb County.

## THE TELEPHONE CONSUMER PROTECTION ACT OF 1991 (TCPA) 47 U.S.C § 227et seq.

3

10. In 1991, Congress enacted the TCPA in response to a growing number of consumer complaints regarding certain telemarketing practices.

11. The TCPA regulates, inter alia, the use of automated telephone equipment, or "predictive-dialers", defined as equipment which "has the capacity…(a) to store or produce telephone numbers to be called, using a random or sequential number generator; and (b) to dial such numbers. 47 U.S.C. § 227(a)(1). Specifically, the plain language of section 227(b)(1)(A)(iii) prohibits the use of auto-dialers to make any call to a wireless number in the absence of an emergency or the prior express consent of the called party.[1]

12. According to findings by the Federal Communications Commission (FCC), the agency Congress vested with authority to issue regulations implementing the TCPA, such calls are prohibited because, as Congress found, automated or prerecorded telephone calls are nuisances.

13. The FCC also recognized that wireless customers are charged for incoming calls whether they pay in advance or after the minutes are used.

14. The TCPA prohibits the use of automatic telephone dialing systems and the prerecorded messages to call wireless devices. § 227(b) prohibits… the use of automated telephone equipment; (1) Prohibitions…" It shall be unlawful for any

[1]Telephone Consumer Protection Act of 1991, Pub. L. No. 102-243, 105 Stat. 2394 (1991), codified at 47 U.S.C. § 227 (TCPA). The TCPA amended Title II of the Communications Act of 1934, 47 U.S.C. § 201 et seq. [2] 47 U.S.C. § 227 (b)(1)(A)(iii).

person within the United States or any person outside the United States if the recipient is within the United States—..."

15. In addition to the restrictions on automated telephone equipment, the TCPA instructs the FCC to issue regulations "concerning the need to protect residential telephone subscribers' privacy rights to avoid receiving telephone solicitations to which they object." 47 U.S.C. § 227(c)(1). Accordingly, the FCC issued regulations prohibiting "person[s] or entit[ies] [from] initiat[ing] any call for telemarketing purposes to a residential telephone subscriber unless [the] person or entity has instituted [certain listed] procedures for maintaining" a do-not-call list. 47 C.F.R. § 64.1200(d). Relevant here, the regulations require the telemarketer to (1) provide "the name of the individual caller, the name of the person or entity on whose behalf the call is being made, and a telephone number or address at which the person or entity may be contacted," § 64.1200(d)(4); (2) maintain a do-not-call list, § 64.1200(d)(6); and (3) honor a person's request not to be called.

## **FACTUAL ALLEGATIONS**

16. Plaintiff purchased a new phone in November of 2019 and started receiving messages from Short Message Code #62297, belonging to the Defendant MAC on his personal cellphone at XXX-XXX-8081.  Plaintiff placed his cellular phone number on the National "Do-Not-Call" list in 2019, due to solicitation calls from

5

telemarketers, and other businesses.  Plaintiff uses his cellular phone number as his

primary residential number for personal, family, and household use. The Plaintiff

has never maintained a landline at his residence and uses his cell phone for setting

alarms, navigation purposes, sending/receiving emails, timing food when cooking,

sending/receiving text messages and exercising. The Plaintiff further has his cell

phone for her personnel accounts, and the phone is not primarily used for any

business purpose. All of the messages were impersonal and some of them read[2]:

**11/15/2019 Macy's: 1000s of Specials are just a click away! Hurry & shop now: https://mcys.co/2qdPXyy Details: https://mcys.co/356OMQ3 Txt STOP=End.**

**11/19/2019 10:44:19 AM From: 62297 Macy's: Ends tomorrow! Shop the Pre-Thanksgiving One Day Sale with over 25,000 deals. Get free shipping at $25: https://mcys.co/33owEko Txt STOP=End.**

**11/21/2019 11:50:05 AM From: 62297 Macy's: Hold onto your turduckens: Black Friday Preview is on! Shop 100s of Specials now: https://mcys.co/2Ci9ZdG Details: https://mcys.co/2qprZ3b Txt STOP=End.**

**11/25/2019 10:52:46 AM From: 62297 Macy's: Hurry & shop Black Friday Preview Specials before the big event hits: https://mcys.co/37vHs2O Details: https://mcys.co/34bGOoT Txt STOP=End.**

17.  The Defendant never contacted Plaintiff to obtain his express consent to

receive such texts messages to his wireless number.

18.  In January of 2020, Plaintiff sent the Defendant a letter informing them of the

illegal conduct, and to Plaintiffs surprise, the text messages did not stop.

**(2See Exhibit A, Entire text message campaign)**

19. Plaintiff has received at least one-hundred five (102) unsolicited calls/texts from the Defendant and continues to receive text messages up until this very day.

20. Upon information and belief, all of the calls/texts Defendant placed to Plaintiffs cellular phone were placed using an "automatic telephone dialing system" (hereinafter, "auto-dialer"), which has the capacity to store and send bulk messages and to dial such numbers as specified by 47 U.S.C. § 227(a)(1)

21. Under the TCPA and pursuant to the FCC's July 2015 Declaratory Ruling, the burden is on Defendant to demonstrate that Plaintiff provided his expressed consent within the meaning of the statue.

22. Upon information and belief, the Defendant's calls to Plaintiffs cellular telephone utilizing an "artificial or prerecorded voice messaging system" violated 47 U.S.C. § 227(b)(1)(A).

23. Upon information and belief, the Defendant's calls to Plaintiffs cellular telephone violated 47 U.S.C. § 227(c)(5).

24. Upon information and belief, this ATDS has the capacity to store or produce telephone numbers to be called, using a random or sequential number generator.

25. Upon information and belief, this ATDS has the capacity to store numbers on a list and to dial numbers from a list without human intervention.

26. The impersonal and generic nature of the text messages that Defendant sent to

Plaintiff demonstrate that Defendant used an ATDS to send the subject text messages.

27. Upon information and belief, Defendant used a combination of hardware and software systems which have the capacity to generate or store random or sequential numbers or to dial sequentially or randomly in an automated fashion without human intervention.

28. Upon information and belief, Defendant used a device to send the subject text messages to Plaintiff that stores numbers and dials them automatically to a stored list of phone numbers as part of scheduled campaigns.

29. This text message constituted a call that was not for emergency purposes as defined by 47 U.S.C. § 227(b)(1)(A)(i).

30.  Plaintiff has never provided his cellular phone number to the Defendant or given his prior express consent to be called, whether on his own or on behalf of any third party.

31.  Plaintiff suffered a concrete and real invasion of Plaintiff's legally protected privacy rights through Defendant's violation of the TCPA.  The continuous repeated calls came with such persistence and frequency as to amount to a course of hounding the Plaintiff.  Additionally, these calls by the Defendant used up precious minutes on a limited cellphone plan.

32. The text messages were and continue to be an intrusion upon Plaintiffs rights to privacy and seclusion. Additionally, the calls caused and injury by increased call activity and depletion of the Plaintiffs cell phone's battery, and thus resulted in cost to recharge his phone. i.e., using electricity to charge the cellphone.

## CAUSE OF ACTION COUNT I
## VIOLATIONS OF THE ("TCPA"), 47 U.S.C. SECTION 227, ET SEQ.

33. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

34. Using an auto-dialer and without prior express written consent, the Defendant texted the Plaintiff at least one-hundred-two (102) times by means of automatic texting system to a cellphone or pager in violation of 47 U.S.C. §227(b)(1)(A)(iii).

35. As a result of Defendants violations of 47 U.S.C. § 227et seq., Plaintiff is entitled to an award of a minimum $500 in damages up to treble the damages ($1500) for each call-in violation of the statute pursuant to 47 U.S.C. § 227(b)(3).


## CAUSE OF ACTION COUNT II-TCPA
## VIOLATIONS OF THE ("TCPA"), 47 U.S.C. § 227(c)(5)

36. The Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

37. The one-hundred-two (102) prerecorded automated phone calls were made to Plaintiff's "residential number" which is listed on the "Do-Not-Call" registry and

9

did not reveal the entities on whose behalf they were made, did not provide contact information for those entities, that Defendants failed to maintain records of his requests to be placed on the do-not-call list and also failed to honor his do-not-call request.

38. As a result of Defendants violations of 47 U.S.C. §227(c)(5), Plaintiff is entitled to an award of a minimum of $1,500.00 in statutory damages for each willful call-in violation of the statute pursuant to 47 U.S.C. § 227(c)(5).

## **PRAYER FOR RELIEF**

a)  As a result of the Defendant's violations of 47 U.S.C. § 227 et seq., Plaintiff is entitled to statutory damages of  $500 in damages up to treble the damages ($1500) for each call-in violation for each and every call in violation of the statue, pursuant to  47 U.S.C. § 227(b)(3);

b) As a result of Defendant violations of , 47 U.S.C. § 227(c)(5), Plaintiff is entitled to an award of $1,500.00 in statutory damages for violations of the do-not-call list; and

c) Awarding such other relief as justice and equity may require

Respectfully submitted,

Yaman F. Taylor
7515 Garnet Dr
Jonesboro, GA 30236
tayloryaman12@outlook.com

# EXHIBIT A

11/15/2019 11:25:05 AM

From: 62297

Macy's: 1000s of Specials are just a click away! Hurry & shop now: https://mcys.co/2qdPXyy
Details: https://mcys.co/356OMQ3 Txt STOP=End.


11/19/2019 10:44:19 AM

From: 62297

Macy's: Ends tomorrow! Shop the Pre-Thanksgiving One Day Sale with over 25,000 deals. Get free
shipping at $25: https://mcys.co/33owEko Txt STOP=End.


11/21/2019 11:50:05 AM

From: 62297

Macy's: Hold onto your turduckens: Black Friday Preview is on! Shop 100s of Specials now:
https://mcys.co/2Ci9ZdG Details: https://mcys.co/2qprZ3b Txt STOP=End.


11/25/2019 10:52:46 AM

From: 62297

Macy's: Hurry & shop Black Friday Preview Specials before the big event hits:
https://mcys.co/37vHs2O Details: https://mcys.co/34bGOoT Txt STOP=End.


11/27/2019 11:03:58 AM

From: 62297

Macy's: Turkey's basted, stuffing's stuffed. Time to shop Black Friday Doorbusters, online now:
https://mcys.co/34Yf1rT Details: https://mcys.co/37pKwNG Txt STOP=End.


11/29/2019 11:22:45 AM

From: 62297

Macy's: Hurry, ends tomorrow! Don't let these Black Friday Doorbusters slip by:
https://mcys.co/2qnhaz3 Details: https://mcys.co/2QFaEyb Txt STOP=End.


12/2/2019 11:01:16 AM

From: 62297

Macy's: Cyber Monday Specials end today + Free Shipping on orders of $25+:
https://mcys.co/2D5XBxy Txt STOP=End.


12/3/2019 10:43:27 AM

From: 62297

Macy's: Friends & Family is here! Shop extra 30% off fave names: https://mcys.co/2XPFkyc
Details: https://mcys.co/2XQrqvH Txt STOP=End.

12/3/2019 10:43:40 AM

From: 62297

Macy's: Friends & Family is here! Shop extra 30% off fave names: https://mcys.co/2XPFkyc
Details: https://mcys.co/2XQrqvH Txt STOP=End.


12/5/2019 10:45:53 AM

From: 62297

Macy's: Christmas came early! Extra 30% off top brands + Cyber Week! Shop now:
https://mcys.co/2ONGEP6 Details: https://mcys.co/2rSKU6W Txt STOP=End.


12/13/2019 12:20:13 PM

From: 62297

Macy's: Hurry & get $10 Macy's Money for every $50 you spend! Get it now-Dec. 16 & spend it
Dec. 17-24. Details: https://mcys.co/2qicDxH Txt STOP=End.


12/17/2019 11:27:26 AM

From: 62297

Macy's: Save big & shop over 25,000 Deals Of The Day today & tomorrow only!
https://mcys.co/2DLLyGj Txt STOP=End.


12/19/2019 11:00:14 AM

From: 62297

Macy's: Hurry! Order by 12/21 & choose Standard Shipping to get perfect gifts for everyone on
your list. https://mcys.co/33QsxNs Txt STOP=End.


12/22/2019 10:59:23 AM

From: 62297

Macy's: 1 day only! Last-Minute Gift Specials are here. Hurry & shop now:
https://mcys.co/2sGmY7x Txt STOP=End.


1/2/2020 11:07:32 AM

From: 62297

Macy's: You can't miss this! Get 50-75% off select women's shoes! Use code FLASH online only
until 12AM: https://bit.ly/2SHKkUZ Txt STOP=End.


1/13/2020 11:20:15 AM

From: 62297

Macy's: Flash Sale! 60-80% off select men's designer suits, dress shirts & shoes today only! Use
code FLASH & shop now: https://mcys.co/2Ncv7Yw Txt STOP=End.

1/16/2020 12:01:34 PM

From: 62297

Macy's: Flash Sale today! 50% off women's designer brands, online only. Use code FLASH & shop now: https://mcys.co/2R1cGar Txt STOP=End.

1/22/2020 11:30:28 AM

From: 62297

Macy's: Oh, flashy! Get 60-75% off fine jewelry & 50% off watches today online ONLY! Use code FLASH online until 12AM PST: https://mcys.co/2FPkZkv Txt STOP=End.

1/23/2020 10:58:01 AM

From: 62297

Macy's: The Beauty Flash Sale is on now! Get 40-50% off Benefit Cosmetics, Clinique & more. Today only! Select styles. https://mcys.co/387wvE0 Txt STOP=End.

1/27/2020 10:53:29 AM

From: 62297

Macy's: There's no place like it - shop the Home Flash Sale and take 40-70% off the essentials with promo code FLASH. https://mcys.co/30JwHGN Txt STOP=End.

2/5/2020 10:43:52 AM

From: 62297

Macy's: Online Flash Sale! 50-80% off men's coats, suits & shoes, today only. Use code FLASH to shop: https://mcys.co/2O8zc0n Txt STOP=End.

2/25/2020 10:35:28 AM

From: 62297

Macy's: SHOE TIME! Get 50-75% off select women's shoe styles! Use code FLASH today only until 12AM PST: https://mcys.co/39OmHzF Txt STOP=End.

3/2/2020 10:46:40 AM

From: 62297

Macy's: Flash Sale! 50-75% off men's clothing online now! Use code: FLASH Shop now: https://mcys.co/3a27pHG Txt STOP=End.

3/3/2020 10:41:55 AM

From: 62297

Macy's: Best Tuesday ever - get 60-75% off fine jewelry & 50% off watches with promo code: FLASH. Online today only! https://mcys.co/3ch4igF Txt STOP=End.

3/10/2020 10:28:35 AM

From: 62297

Macy's: Wow! Get 50-75% off select women's shoes! Use code FLASH today only until 12AM: https://mcys.co/2TASq0u Txt STOP=End.

3/17/2020 10:33:17 AM

From: 62297

Macy's: Extra 30% off your favorite brands during our VIP Sale! Shop now: https://mcys.co/2vStcDh Details: https://mcys.co/2TXq16u Txt STOP=End.

3/25/2020 11:49:02 AM

From: 62297

Macy's: Extra 30% off designers that rarely go on sale. Shop now: https://mcys.co/2vzXzhz Details: https://mcys.co/2xbKhIi Txt STOP=End.

3/29/2020 11:03:34 AM

From: 62297

Macy's: It's over tonight! (VIP Sale, that is.) Extra 30% off. Shop now: https://mcys.co/3agmiXn Details: https://mcys.co/399OMAE Txt STOP=End.

4/5/2020 10:39:52 AM

From: 62297

Macy's: It's the last day to shop Our Lowest Prices of the Season! https://mcys.co/33WpSmZ Txt STOP=End.

4/6/2020 10:29:28 AM

From: 62297

Macy's: Extra 30% off tools for new recipes & home cooking. Use code FORYOU & shop now: https://mcys.co/2X48JGv Details: https://mcys.co/3bG3Yam Txt STOP=End.

4/12/2020 10:25:55 AM

From: 62297

Macy's: Happy Easter! Celebrate, connect & take an extra 30% off. Use code FORYOU https://mcys.co/39WUFBw Details: https://mcys.co/34kHzgh Txt STOP=End.

4/15/2020 11:40:30 AM

From: 62297

Macy's: Today only! Get 40-50% off select beauty & add a few treats to your daily me time. Txt STOP=End. https://mcys.co/2ViYPhG

4/21/2020 4:38:53 PM

From: 62297

Macy's: FLASH SALE! 50-80% off shoes & handbags-today only! https://mcys.co/3buB3WU Txt STOP=End.


4/23/2020 12:07:52 PM

From: 62297

Macy's: Today only! 40-75% off loungewear & more basics for the fam. https://mcys.co/2VQfGZK Txt STOP=End.


4/24/2020 10:43:40 AM

From: 62297

Macy's: Need a little pick-me-up? Get extra 30% off now! Shop now: https://mcys.co/2S2LF7L Details: https://mcys.co/2XW6Yf7 Txt STOP=End.


5/3/2020 2:37:26 PM

From: 62297

Macy's: A little Sunday scroll: extra 30% off gifts for mom. Shop now: https://mcys.co/2We9BGJ Details: https://mcys.co/2yiGHwX Txt STOP=End.


5/4/2020 11:25:14 AM

From: 62297

Macy's: Don't forget Mom! Spoil her with extra 30% off now with code FORYOU: https://mcys.co/2W2cI5O Details: https://mcys.co/3b6aBBT Txt STOP=End.


5/10/2020 10:20:13 AM

From: 62297

Macy's: Mom knows best, so let her shop however she wants this year with an e-Gift card: https://mcys.co/2YNrChJ Txt STOP=End.


5/15/2020 11:01:34 AM

From: 62297

Macy's: Weekend plans = spending way more time outside - extra 25% off will do! https://mcys.co/2zKX45N Details:https://mcys.co/2WxfsrO Txt STOP=End.


5/20/2020 12:38:38 PM

From: 62297

Macy's: Flash Sale fun: 50-75% off hot new sandals, sneaks & more for the whole fam. But no dawdling...it ends today! https://mcys.co/3g3qHA6 Txt STOP=End.

5/28/2020 12:51:44 PM

From: 62297

Macy's: Beauty Flash Sale: 40-50% off select picks, today only! Go for that summer glow: https://mcys.co/2TMoxeG Txt STOP=End.

6/1/2020 11:46:18 AM

From: 62297

Macy's: Exclusive 2-day offer! 60-85% off designer suits & more. https://mcys.co/2ySjQJ7 Txt STOP=End.

6/3/2020 12:45:44 PM

From: 62297

Macy's: Today only - 50-75% off women's shoes so you can get sandal-season ready. https://mcys.co/3gIUlLg Txt STOP=End.

6/8/2020 11:20:51 AM

From: 62297

Macy's: One day only! 60-75% off fine jewelry & watches - so shine on: https://mcys.co/37a33hg Txt STOP=End.

6/10/2020 11:06:17 AM

From: 62297

Macy's: Friends & Family is back with extra 30% off! Shop now: https://mcys.co/3heAofu Details: https://mcys.co/2Usek7k Txt STOP=End.

6/15/2020 10:49:16 AM

From: 62297

Macy's: Extra 30% off including top brands & styles that rarely go on sale! Shop now: https://mcys.co/2rPx5pQ Details: https://mcys.co/2AVeZaM Txt STOP=End.

6/16/2020 10:40:55 AM

From: 62297

Macy's: Show pops he's tops! Get extra 30% off the perfect gift with promo code: FRIEND https://mcys.co/2UMx01T Txt STOP=End.

6/22/2020 2:57:30 PM

From: 62297

Macy's: Extra 50-70% off just what you need for sunny days & heat waves Shop now: https://mcys.co/2NjoBip Details: https://mcys.co/37R6dGX Txt STOP=End.

7/1/2020 10:53:21 AM

From: 62297

Macy's: We're partnering with Society of Threads to donate 20,000 masks. https://mcys.co/2YLIvsP Txt STOP=End.


7/8/2020 10:54:48 AM

From: 62297

Macy's: Black Friday in July + Free Shipping on all orders! Shop now: https://mcys.co/31UONs3 Details: https://mcys.co/31XKcFO Txt STOP=End.


7/10/2020 10:55:22 AM

From: 62297

Macy's: It's Black Friday in July and the deals just keep coming. Shop now: https://mcys.co/2O6wND8 Txt STOP=End.


7/12/2020 11:01:00 AM

From: 62297

Macy's: Black Friday in July ends tomorrow -shop Specials before they're gone! Shop now: https://mcys.co/2W5DiKV Txt STOP=End.


7/20/2020 10:43:06 AM

From: 62297

Macy's: Calling all the guys- 60-85% off suits, dress shirts & more with code FLASH! https://mcys.co/2CNa3FM Txt STOP=End.


7/22/2020 12:43:17 PM

From: 62297

Macy's: 50-75% shoes & handbags give us all the feels. Today only! https://mcys.co/32ESCSz Txt STOP=End.


7/23/2020 11:24:17 AM

From: 62297

Macy's: However you school, go back in style: it's an extra 20% off clothing, accessories & more! Use code: BTS https://mcys.co/2CxLJIp Txt STOP=End.


7/23/2020 11:25:16 AM

From: 62297

Macy's: However you school, go back in style: it's an extra 20% off clothing, accessories & more! Use code: BTS https://mcys.co/2CxLJIp Txt STOP=End.

7/27/2020 11:02:49 AM

From: 62297

Macy's: Today only! 60-75% off fine jewelry & 50% off watches with code FLASH: https://mcys.co/3hK31AV Txt STOP=End.


8/2/2020 10:44:07 AM

From: 62297

Macy's: Ends tonight! 20-50% off back-to-school essentials (b/c it's that time again). https://mcys.co/3k0cTbp Txt STOP=End.


8/4/2020 10:34:06 AM

From: 62297

Macy's: Flash Sale happening over here! 1 day only for 40-65% off essentials worth stocking up on. https://mcys.co/33qzGr2 Txt STOP=End.


8/9/2020 10:30:38 AM

From: 62297

Macy's: Over tonight! 40-60% off Deals of the Day, which pairs well with lazy Sundays on the couch. https://mcys.co/2XFN3jx Txt STOP=End.


8/17/2020 10:43:42 AM

From: 62297

Macy's: FLASH SALE! 50-75% off handbags & wallets to brighten your Monday. https://mcys.co/2DSqIZD Txt STOP=End.


8/23/2020 10:28:29 AM

From: 62297

Macy's: Extra 30% off ends tonight! Shop now: https://mcys.co/3aIevCG Details: https://mcys.co/2Qg7O14 Txt STOP=End.


8/24/2020 10:47:26 AM

From: 62297

Macy's: Monday magic = FLASH SALE! 50-75% off women's, men's & kids' shoes to step it up. https://mcys.co/34sysMD Txt STOP=End.


8/26/2020 10:36:09 AM

From: 62297

Macy's: Ends tonight! 20-50% off back-to-school essentials (b/c it's that time again). https://mcys.co/3jbqtaI Txt STOP=End.

8/30/2020 12:19:10 PM

From: 62297

Macy's: On its way out tonight: extra 25% off fall favorites for your closet.
https://mcys.co/2EDgRa6 Txt STOP=End.


8/30/2020 12:21:31 PM

From: 62297

Macy's: On its way out tonight: extra 25% off fall favorites for your closet.
https://mcys.co/2EDgRa6 Txt STOP=End.


8/30/2020 12:21:33 PM

From: 62297

Macy's: On its way out tonight: extra 25% off fall favorites for your closet.
https://mcys.co/2EDgRa6 Txt STOP=End.


8/30/2020 12:21:34 PM

From: 62297

Macy's: On its way out tonight: extra 25% off fall favorites for your closet.
https://mcys.co/2EDgRa6 Txt STOP=End.


8/31/2020 10:33:40 AM

From: 62297

Macy's: End summer strong with extra 20% off styles for the fam & the home! Use code WKND:
https://mcys.co/3lyucBc Txt STOP=End.


8/31/2020 12:08:06 PM

From: 62297

Macy's: End summer strong with extra 20% off styles for the fam & the home! Use code WKND:
https://mcys.co/3lyucBc Txt STOP=End.


9/7/2020 10:32:22 AM

From: 62297

Macy's: LAST DAY to take 25-60% off end-of-summer essentials: https://mcys.co/3jYFCgj Txt
STOP=End.


9/8/2020 10:40:28 AM

From: 62297

Macy's: Today only! 50-75% off fine jewelry & watches to add some sparkle.
https://mcys.co/3jWV7VL Txt STOP=End.

9/10/2020 10:52:32 AM

From: 62297

Macy's: Fast-track to your fall wardrobe with an extra 20% off: https://mcys.co/2GKe2ot Details: https://mcys.co/2F8QRE9 Txt STOP=End.


9/14/2020 10:36:14 AM

From: 62297

Macy's: Today only! Get 50-75% off women's & men's shoes for fall. https://mcys.co/3mg7yy9 Txt STOP=End.


9/15/2020 10:33:35 AM

From: 62297

Macy's: Surprise Specials end tonight! Shop in stores & online now, before it's too late: https://mcys.co/32umIYx Txt STOP=End.


9/16/2020 10:46:19 AM

From: 62297

Macy's: Today & online only! Beauty Flash Sale: 40-50% off the brands you love most. https://mcys.co/3hJAUS5 Txt STOP=End.


9/20/2020 10:29:58 AM

From: 62297

Macy's: Ends tonight! 40-60% off during our One Day Sale! Shop now: https://mcys.co/3iWywJ7 Txt STOP=End.


9/23/2020 10:55:49 AM

From: 62297

Macy's: Online only, ends Thursday! 2-day home offer: 20-60% off select cookware, furniture & more! Shop now: https://mcys.co/3iVLHJZ Txt STOP=End.


9/25/2020 10:42:12 AM

From: 62297

Macy's: Friday fun- extra 30% off all your fall faves! https://mcys.co/30abYx3 Txt STOP=End.


9/29/2020 11:05:07 AM

From: 62297

Macy's: Extra 25% off for those home upgrades! https://mcys.co/2S71hH4 Txt STOP=End.


10/1/2020 10:47:57 AM

From: 62297

Macy's: It's a Thursday treat- extra 30% off all your faves! https://mcys.co/3jeoSSf Details: https://mcys.co/3jgCRXp Txt STOP=End.

10/3/2020 11:49:23 AM

From: 62297

Macy's: 15% off must-have beauty brands? Yes, please! https://mcys.co/3cFBU8C Txt STOP=End.


10/6/2020 10:55:42 AM

From: 62297

Macy's: That's a wrap- extra 30% off during VIP Sale is over tonight! https://mcys.co/30UBfMb Details: https://mcys.co/3nqWpv0 Txt STOP=End.


10/7/2020 10:05:34 AM

From: 62297

Macy's: New season = new shoes! Save 40% when you buy 2 or more pairs during The Great Shoe Sale https://mcys.co/3iD5kFO Txt STOP=End.


10/13/2020 12:23:04 PM

From: 62297

Macy's: From our CEO to you: enjoy an extra 30% off with code: THANKYOU Ends 10/15. Free Shipping on all orders, too! https://mcys.co/3dmwzDD Txt STOP=End.


10/14/2020 11:00:48 AM

From: 62297

Macy's: 50% off coats for the family! Today & online only! https://mcys.co/3752uYf Txt STOP=End.


10/16/2020 10:59:42 AM

From: 62297

Macy's: Kicking off Our Lowest Prices with 40-60% off. Let's get shopping! https://mcys.co/319W99R Txt STOP=End.


10/20/2020 10:45:39 AM

From: 62297

Macy's: Today only: 50-75% off looks to kick off fall from our top designers https://mcys.co/34fZsOI Txt STOP=End.


12/9/2020 10:23:21 AM

From: 62297

Macy's: Last chance for extra 30% off during Friends & Family! Shop now: https://mcys.co/37GJrlA Details: https://mcys.co/3qAVXvA Txt STOP=End.


12/10/2020 11:13:35 AM

From: 62297

Macy's: It's our One Day Sale - get 40-60% off + earn Macy's Money! https://mcys.co/2W32eSA Txt STOP=End.

12/11/2020 10:21:53 AM

From: 62297

Macy's: TODAY ONLY - Free Shipping no minimum + get 40-60% off! https://mcys.co/3m8qn4V Txt STOP=End.


12/17/2020 10:20:20 AM

From: 62297

Macy's: Last day for an extra 20% off + earn Macy's Money to finish up your holiday shopping! https://mcys.co/3mqF1on Txt STOP=End.


12/18/2020 10:06:49 AM

From: 62297

Macy's: Take 40-60% off the perfect gifts during our One Day Sale! https://mcys.co/2Wu8u6m Txt STOP=End.


12/20/2020 10:03:38 AM

From: 62297

Macy's: Last day to shop and save 40-60% during our One Day Sale! https://mcys.co/2Wpl0UC Txt STOP=End.


12/21/2020 10:36:10 AM

From: 62297

Macy's: Shop ASAP and get 20% off during our Last-Minute Gift Sale! Use code GIFT & shop now: https://mcys.co/3p9GOQk Txt STOP=End.


12/25/2020 11:04:52 AM

From: 62297

Macy's: Merry Christmas! Get ready for 2021 with extra 20% off online. Use code JOY: https://mcys.co/34DmfUF Details: https://mcys.co/3aDHFF6 Txt STOP=End.


12/27/2020 10:06:47 AM

From: 62297

Macy's: That post-holiday glow is getting an extra 20% off with code JOY: https://mcys.co/34GItFn Details: https://mcys.co/2M4BaAP Txt STOP=End.


12/29/2020 10:16:56 AM

From: 62297

Macy's: Blink & it's gone! Don't miss 50-75% off shoes for the whole fam: https://mcys.co/3hnl1lC Txt STOP=End.

1/4/2021 10:19:26 AM

From: 62297

Macy's: 50-60% off fluffy, snuggly bed & bath! Shop the Flash Sale online today: https://mcys.co/3odDlAg Txt STOP=End.


1/5/2021 10:05:04 AM

From: 62297

Macy's: Today only, 50-70% off coats & jackets! Don't be left out in the cold. Shop now: https://mcys.co/38fVcRC Txt STOP=End.


1/8/2021 10:06:14 AM

From: 62297

Macy's: One Day Sale! 40-60% off Deals of the Day! Shop now: https://mcys.co/3q0lfCb Txt STOP=End.


1/11/2021 10:06:51 AM

From: 62297

Macy's: 40-50% off select beauty from Armani, Urban Decay & more- online today only! Shop now: https://mcys.co/39mTzRb Txt STOP=End.