IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 03 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| YAMAN F. TAYLOR | Civil Action No. 1:21-cv-0173-AT |
| Plaintiff, | |
| vs. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| MACYS.COM, LLC (OHIO) | |
| Defendant, | |

Pursuant to Civ. R. 41(a)(1)(A), Plaintiff Yaman F. Taylor hereby gives notice that Plaintiff's complaint and all claims against the Defendant in the above-captioned action, are voluntarily dismissed with prejudice. The parties shall bear their own costs.

Respectfully submitted,

/s/ Yaman F. Taylor
Yaman F. Taylor
7515 Garnet Dr
Jonesboro, GA 30236
*Pro Se*